## Rosario A. FIORANI, Jr., Plaintiff–Appellant,

v.

Albert LOWRY, Personally and in his capacity as: Leader agent for EAI and ES; Entrepreneurial Systems, LLC, and/or its successor(s) and assigns; Education Advancement Institute, personally and in his official capacities; Adam Levine, Esq., personally and in his official capacities Agent for Lowry, EAI and ES; Seth Berenzweig, Esq., personally and in his official capacity as Agent(s) for Lowry, EAI and ES; Sarah Zaffina, Esq., personally and in her official capacity as: Agent for Lowry, EAI and ES; Douglas Herndon, Judge; Denis Smith, Judge, In his personal and official capacities, Defendants–Appellees.

No. 08–1836.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 24, 2008.

Rosario A. Fiorani, Jr., Appellant Pro Se.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fiorani v. Lowry*, No. 3:08–cv–00394–JRS, 2008 WL 2857207 (E.D.Va., July 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*